STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

Attorney for Justin Fuller

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Fuller, | Case No.: 2:19-cv-05818-DWL-CDB |
| Plaintiff. | |
| v. | |
| Christina Lopez; CoreCivic; Todd Thomas; Asst. Warden Ben Griego; Sgt. Michael Gawlick; Sgt. A. Perez; & UTM J. Guilin, | **PRELIMINARY INJUNCTION** **APPEAL** |
| Defendants. | |

Notice is hereby given that Justin Fuller, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the order at Doc. 8 denying Plaintiff's Motion for Preliminary Injunction and TRO.

Dated: March 19, 2020     LAW OFFICE OF STACY SCHEFF

*S. Scheff*

Delivered via AZDC/ECF to:
Rachel Love

1